**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 09-cv-00198-JLK-KLM**

SYPRIS SOLUTIONS, INC.,

      Plaintiff,

v.

PRIVATE ESCAPES PLATINUM, LLC,
d/b/a PRIVATE ESCAPES PLATINUM MEMBERSHIP CLUB and
ULTIMATE ESCAPES SIGNATURE CLUB, LLC,

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Upon consideration of the Stipulation for Dismissal With Prejudice (doc. #30), filed January 19, 2010, it is

ORDERED that this civil action is DISMISSED WITH PREJUDICE, with each party to pay its own costs and fees.

DATED:  January 19, 2010.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                U.S. District Court Judge